IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, *Plaintiff,* vs. VAL DEMINGS FOR U.S. SENATE INC, VALDEZ VENITA DEMINGS, and ACTBLUE LLC, *Defendants*. | Case No. 1:22-cv-06158<br><br>Judge Virginia M. Kendall<br>Magistrate Judge Maria Valdez |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), voluntarily dismisses only Defendant ActBlue LLC without prejudice.

Respectfully submitted,

Dated: December 15, 2022

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

Plaintiff sent a copy of this filing to counsel for Defendants via electronic mail.

/s/ Jorge Alejandro Rojas

1