IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff,*<br><br>vs.<br><br>VAL DEMINGS FOR U.S. SENATE INC, and VALDEZ VENITA DEMINGS,<br><br>*Defendants*. | Case No. 1:22-cv-06158<br><br>Judge Virginia M. Kendall<br>Magistrate Judge Maria Valdez |

## NOTICE OF SETTLEMENT

Plaintiff, Jorge Alejandro Rojas, provides notice that the parties have settled this matter. Plaintiff anticipates the filing of a Notice of Voluntary Dismissal with Prejudice upon consummation of the settlement, which is within the next five business days. Plaintiff requests that all deadlines in this matter be vacated, including responsive pleading deadlines.

Respectfully submitted,

Dated: January 6, 2023

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

Plaintiff sent a copy of this filing to counsel for Defendants via electronic mail.

/s/ Jorge Alejandro Rojas

1